FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARTURO MANUEL CABELO,

    Defendant.

Case No.: CR 13-00029-JGB

ORDER OF DETENTION AFTER HEARING
[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

<u>absence of current background information, and bail resources, nature of alleged violations</u>

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>nature of alleged violations and defendant's criminal history</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: July 11, 2014

_____
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE