```
FILED
CLERK, U.S. DISTRICT COURT

JUL 2 1 2016

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY
```

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: EDCR13-29-JGB |
| Plaintiff, ) | ORDER OF DETENTION PENDING FURTHER REVOCATION |
| v. ) | PROCEEDINGS |
| Arturo Manuel Cabello ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant

issued by the United States District Court for the __Central__ District of

__California__ for alleged violation(s) of the terms and conditions of probation

or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal

Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)   The defendant has not met his/her burden of establishing by clear and

convincing evidence that he/she is not likely to flee if released under 18

U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    (  )   other: _____

1

1   and/ or

2   B. (X) The defendant has not met his/her burden of establishing by clear and

3   convincing evidence that he/she is not likely to pose a danger to the

4   safety of any other person or the community if released under 18 U.S.C.

5   § 3142(b) or (c).  This finding is based on the following:

6   (X) information in the Pretrial Services Report and Recommendation

7   (X) information in the violation petition and report(s)

8   (X) the defendant's nonobjection to detention at this time

9   ( ) other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated:  July 21, 2016                    _____

15                                           SHERI PYM
                                             United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28